# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

vs.                         CASE NO. 19-40079-HLT

**JERAH GASSER,**
    **DEFENDANT.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### USE OF A COMMUNICATION FACILITY TO FACILITATE A FELONY CONTROLLED SUBSTANCE OFFENSE

On or about October 20, 2018, in the District of Kansas, and elsewhere, the defendant,

**JERAH GASSER,**

did knowingly and intentionally use any communication facility, namely Facebook Messenger, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1) with reference to Section 846, that is the distribution and attempted distribution of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 843(b), with reference to Title 18, United States Code, Section 2.

                                                           **A TRUE BILL.**

August 21, 2019                  *s/Foreperson*
DATE                              FOREPERSON OF THE GRAND JURY

  Skipper  Jacobs  #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]